UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 JAN 19 AM 10: 20

CLERK_____
SO. DIST. OF GA.

RAYMOND J. HORSFALL,  )
                     )
    Movant,          )
                     )
v.                   )   Case No. CV410-095
                     )             CR407-236
UNITED STATES OF AMERICA, )
                     )
    Respondent.      )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 19th day of Jan, 2011.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA